```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11 CR 196 JCH / DDN |
| | ) | |
| KEVIN DONNELL WHITE, and | ) | |
| ROBBIN CROSKEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

For the reasons set forth in the Order and Recommendation filed on January 9, 2012 (Doc. 316),

**IT IS HEREBY ORDERED** that the motion of the government for a determination by the court of the admissibility or not of arguably suppressible evidence (Doc. 76 oral) is denied as moot.

**IT IS HEREBY RECOMMENDED** that the motion of defendant Kevin Donnell White to suppress evidence (Doc. 232) be denied.

The parties are advised they have until January 27, 2012, to file written objections to this Order and Recommendation. The failure to file timely written objections may waive the right to appeal issues of fact.


                                                                                      /S/    David D. Noce
                                              **UNITED STATES MAGISTRATE JUDGE**


Signed on January 10, 2012.